Case 1:23-mj-00313-MU-N Document 1 Filed 11/26/23 Page 1 of 7
Case 2:23-cr-00308-MSEA Document 1 Filed 12/08/23 Page 26 of 7   PageID #: 26
PageID #: 2

IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF ALABAMA

IN THE MATTER OF THE SEIZURE OF A
CELLULAR TELEPHONE ASSOCIATED
WITH TELEPHONE NUMBER ███████
█████ BELONGING TO ███████
███████████████████

Case No. ___23-mj-313_____

**FILED UNDER SEAL**

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEIZURE WARRANT

I, Joshua Coleman, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of an application for a warrant to seize a cellular telephone associated with telephone number ███████████ (Hereinafter "SUBJECT PHONE"), as further described in Attachment A, belonging to ██████████████████████████ ███████████████████████████████ and to retain custody of the cellular telephone until a search warrant may be obtained.

2.      I am a Task Force Officer for the Federal Bureau of Investigation ("FBI") assigned to the Mobile Field Division Southern District of Alabama Safe Streets Task Force with special deputization powers to investigate violations of Titles 18 and 21 of the United States Code.  As such, I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516(1). I am also certified by the Alabama Police Officer Standards and Training Commission ("APOSTC") as a law enforcement officer as defined in Alabama 36-21-

40 and as a part of my sworn duties is to investigate, apprehend, and assist in the prosecution for violations of Alabama Criminal Laws found in Title 13A among other violations not specified as a part of the Criminal Code of Alabama.

3.      I have been a Task Force Officer with the FBI since April of 2022. I am currently employed by the Mobile County Sheriff's Office ("MCSO") as a deputy and have been employed in that capacity since May of 2021. Prior to working for MCSO I was employed for 10 years with the Mobile Police Department ("MPD") with the majority of the time being spent as an investigator. I was also attached to the FBI SSTF as a member of MPD for approximately 3 years. As a Law Enforcement Officer, I attended the Alabama Peace Officers Standards and Training Commission (APOSTC) Academy in Mobile, Alabama, where I received instruction and training as a Law Enforcement Officer including training regarding firearms, emergency vehicle operation, the execution of search and arrest warrants, investigative techniques, and instruction on local, state, and federal criminal law. I have received advanced training in various types of investigations to include but not limited to narcotics investigations. I am familiar with methods employed by narcotics traffickers, distributors, smugglers, and users. My duties and responsibilities as a Task Force Officer include conducting criminal investigations of individuals and entities for possible violations of Federal laws, particularly those laws found in Title 18 and Title 21 of the United States Code. I also have a duty and responsibility to conduct investigations into violations of the Criminal Code of Alabama.

4.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

5. Based on the facts set forth in this affidavit, there is probable cause to believe that violations of Title 21 United States Code Sections 841 and 846, have been committed by ███████████ ████████████████████████████████████████████). There is also probable cause to seize the SUBJECT PHONE belonging to ███████████████ ████████████████████. as further described in Attachment A.

## JURISDICTION AND LEGAL AUTHORITY TO SEIZE

9. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A), & (c)(1)(A). Specifically, the District Court for the Southern District of Alabama is "a district court of the United States . . . that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i). Criminal seizure warrants are authorized under 21 U.S.C. § 853(e) and (f), as incorporated under 18 U.S.C. § 981(b). 21 U.S.C. § 853(a) provides for the criminal forfeiture of property involved in and facilitating violations of 21 U.S.C. §§ 841 and 846. Likewise, 21 U.S.C. § 881(a) provides for the civil forfeiture of property involved in and facilitating violations of 21 U.S.C. §§ 841 and 846. The SUBJECT PHONE consists of property involved and facilitating violations of 21 U.S.C. 8§ §41 and 846.

## PROBABLE CAUSE

**A. Introduction**







11.     Based on the foregoing, the affiant is requesting that this Court issue a seizure warrant for the SUBJECT PHONE.  Upon the issuance of a seizure warrant, the FBI will take custody of the phone so that a search warrant may be obtained in due time.

Respectfully submitted,

Joshua Coleman
Task Force Officer
FBI

THE ABOVE AGENT HAD ATTESTED
TO THIS AFFIDAVIT PURSUANT TO
FED. R. CRIM. P. 4.1(b)(2)(B) THIS  8th
DAY OF ~~OCTOBER~~ 2023.
      December

P. Bradley Murray   Digitally signed by P. Bradley Murray
                       Date: 2023.12.08 15:53:03 -06'00'
P. BRADLEY MURRAY
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

### Property to be Seized

1.  The property to be seized and examined from the personal property of ███████ ████ is the following:

|  |  |
| --- | --- |
| Electronic Device: | ████████████ |
| Associated Number: | ████████████ |